UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-00061-RJC

| USA | ) | |
| :--- | :--- | :--- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RONNIE DAKOTA COVINGTON | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, seeking to collaterally attack his conviction and sentence based on alleged constitutional violations. (Doc. No. 59).

Such claims must be brought under 28 U.S.C. § 2255; however, the United States Court of Appeals for the Fourth Circuit recently denied the defendant's motion under 28 U.S.C. § 2244 to file a second or successive application for relief under § 2255. (Doc. No. 62).

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 59) is **DENIED**.

Signed: June 25, 2019

Robert J. Conrad, Jr.
United States District Judge